**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:11-cv-08567 |
| v. | )<br>) Judge Joan B. Gottschall |
| GRACE ELIZABETH REISINGER and ROF CONSULTING, LLC | )<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT ROF CONSULTING, LLC

Plaintiff U.S. Commodity Futures Trading Commission ("CFTC" or "Commission"), files this Motion for Summary Judgment ("Motion") against defendant ROF Consulting, LLC ("ROF" or "Defendant") to enforce claims brought under the Commodity Exchange Act, as amended ("Act"), 7 U.S.C §§ 1 *et. seq*. and the Commission Regulations ("Regulations") promulgated thereunder, 17 C.F.R. §§ 1.1 *et. seq*. (2005), pursuant to Fed. R. Civ. P. 56, the Local Rules of this Court, and the Hon. Joan B. Gottschall's March 2009 Standing Order, and in support thereof, states as follows:

1. On June 29, 2011, Plaintiff filed a six count Complaint against ROF and Reisinger, unregistered commodity pool operators, seeking injunctive and other equitable relief for violations of the Act and the Regulations promulgated thereunder. Complaint, CM/ECF No. 1.

2. There are no pending counterclaims or third party claims. Plaintiff now moves for summary judgment against ROF.

3. Because there are no genuine issues of material facts, and the Commission is entitled to judgment against ROF as a matter of law, the Court should grant Plaintiff's Motion.

4. Plaintiff respectfully moves this Court to grant Plaintiff's Motion for the reasons

set-forth in the Memorandum of Points and Authorities filed in support thereof.

WHEREFORE, for the reasons set forth in the Motion for Summary Judgment, Memorandum in support thereof, and the Statement of Material Facts, Plaintiff U.S. Commodity Futures Trading Commission respectfully moves this Court to: (1) enter judgment as a matter of law against Defendant on all counts of the Complaint and find that ROF violated Section 4b(a)(2)(i) and (iii) of the Act, Sections 4b(a)(1)(A) and (C), 4c(b), 4m(1), 4n(4), and 4*o*(1)(B) of the Act, as amended, and Regulations 4.13(b)(2) and (b)(4), 4.22, and 33.10(a); (2) enter an order of permanent injunction and other equitable relief; (3) grant such further relief as is necessary or appropriate.

Filed: November 24, 2014

    /s/Timothy J. Mulreany
Timothy J. Mulreany (admitted *pro hac vice*)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
p: (202) 418-5306
f: (202) 418-5523
*tmulreany@cftc.gov*

Elizabeth N. Pendleton (IL Bar No. 6282050)
U.S. Commodity Futures Trading Commission
Division of Enforcement
525 West Monroe Street
Suite 1100
Chicago, IL 60661
P: (312) 596-0700
F: (312) 596-0716
*ependleton@cftc.gov*
Local Counsel

**CERTIFICATE OF SERVICE**

On November 24, 2014, I caused a true and accurate copy of the foregoing: **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT ROF CONSULTING, LLC** to be served upon the following persons via the Court's ECF system and/or email:

William J. Nissen, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, Illinois 60603
*wnissen@sidley.com*

/s/Timothy J. Mulreany
Timothy J. Mulreany